IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO MANUEL JR. and RHODORA MANUEL,<br><br>    Plaintiffs,<br><br>  v.<br><br>DISCOVERY HOME LOANS, LLC, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-01185 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

    This matter is set for a hearing on August 6, 2010 on Defendant Old Republic Title Company's motion to dismiss, or alternatively, motion for more definite statement.  The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **July 6, 2010** and a reply brief shall be filed by no later than **July 13, 2010**.  The Case Management Conference shall be held CONTINUED from August 6, 2010 to **September 24, 2010**.  Case management statements shall be filed no later than **September 17, 2010**.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 21, 2010

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO MANUEL JR. et al,

    Plaintiff,

v.

DISCOVERY HOME LOANS et al,

    Defendant.

Case Number: CV10-01185 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Federico Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Rhodora Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Dated: June 21, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk