IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO MANUEL JR. and RHODORA MANUEL,<br><br>   Plaintiffs,<br><br>   v.<br><br>DISCOVERY HOME LOANS, LLC, ET AL.,<br><br>   Defendants.<br>_____/ | No. C 10-01185 JSW<br><br>**ORDER RE WELLS FARGO'S MOTION TO DISMISS** |

This matter is set for a hearing on July 2, 2010 on Defendant Wells Fargo Home Mortgage's ("Wells Fargo") motion to dismiss. An opposition to the motion was due to be filed no later than June 11, 2010. No opposition was filed.

Because Plaintiffs are proceeding *pro se*, the Court instructs Plaintiffs that they have an obligation to file an opposition to Defendant's motion to dismiss and failure to do so may result in the **dismissal** of this case with prejudice.

Accordingly, the Court CONTINUES the hearing on Wells Fargo's motion to dismiss to August 6, 2010 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **July 6, 2010** and a reply brief shall be filed by no later than **July 13, 2010**.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:  June 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO MANUEL JR. et al,

    Plaintiff,

v.

DISCOVERY HOME LOANS et al,

    Defendant.
                                   /

Case Number: CV10-01185 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Federico Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Rhodora Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Dated: June 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3