IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO MANUEL JR. and RHODORA MANUEL,<br><br>    Plaintiffs,<br><br>  v.<br><br>DISCOVERY HOME LOANS, LLC, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-01185 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON OLD REPUBLIC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

    This matter is set for a hearing on October 22, 2010 on Defendant Old Republic Title Company's motion to dismiss the first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **September 14, 2010** and a reply brief shall be filed by no later than **September 21, 2010**.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: August 31, 2010

                                                             JEFFREY S. WHITE<br>
                                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO MANUEL JR. et al,

    Plaintiff,

v.

DISCOVERY HOME LOANS et al,

    Defendant.

Case Number: CV10-01185 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Federico Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Rhodora Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk