United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   FEDERICO MANUEL JR. and RHODORA
    MANUEL,
9                                              No. C 10-01185 JSW
              Plaintiffs,
10
11     v.                                      **ORDER SETTING BRIEFING
                                               SCHEDULE ON WELLS FARGO
    DISCOVERY HOME LOANS, LLC, ET AL.,         HOME MORTGAGE'S MOTION
12                                             TO DISMISS FIRST AMENDED
              Defendants.                      COMPLAINT**
13
                                          /
14

15          This matter is set for a hearing on October 22, 2010 on Defendant Wells Fargo Home

16   Mortgage's motion to dismiss the first amended complaint.  The Court HEREBY ORDERS that

17   an opposition to the motion shall be filed by no later than **September 28, 2010** and a reply brief

18   shall be filed by no later than **October 5, 2010**.

19          If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23          **IT IS SO ORDERED.**

24   Dated:  09|13|10                        _____
                                             JEFFREY S. WHITE
25                                           UNITED STATES DISTRICT JUDGE

26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO MANUEL JR. et al,

        Plaintiff,

v.

DISCOVERY HOME LOANS et al,

        Defendant.

Case Number: CV10-01185 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Federico Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Rhodora Manuel
4092 Barn Hollow Way
Antioch, CA 94509

Dated: September 13, 2010

        Richard W. Wieking, Clerk

        By: Susan Imbriani, Deputy Clerk